UNITED STATES DISTRICT COURT 
 EASTERN DISTRICT OF WISCONSIN 

TOMMY LENARDO JONES, 

 Plaintiff, 

 v. Case No. 20-CV-1286-SCD 

COMMISSIONER OF THE 
SOCIAL SECURITY ADMINISTRATION, 

 Defendant. 

 ORDER 

 Tommy Jones filed this action without the assistance of counsel on August 20, 2020, 
seeking judicial review of the final decision of the Commissioner of the Social Security 
Administration pursuant to 42 U.S.C § 405(g). See ECF No. 1. The matter was reassigned to 
me in September 2020 after all parties consented to magistrate-judge jurisdiction under 28 
U.S.C. § 636(c) and Fed. R. Civ. P. 73(b). See ECF Nos. 4, 6, 7. On March 16, 2021, I granted 
Jones an extension (the second one he requested) until April 23, 2021, to file a brief in support 
of his claim. That deadline has passed, however, and Jones still has not filed his brief. 
 “A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter 
a sua sponte order of dismissal for lack of prosecution.” James v. McDonald’s Corp., 417 F.3d 
672, 681 (7th Cir. 2005); see also Link v. Wabash R.R. Co., 370 U.S. 626,630–32 (1962) (holding 
that Rule 41(b) permits but does not require a motion by defendant). “A Rule 41(b) dismissal 
is appropriate when there is ‘a clear record of delay or contumacious behavior,’ or when other 
sanctions have proved unavailing.” 3 Penny Theater Corp. v. Plitt Theaters, Inc., 812 F.2d 337, 
339 (7th Cir. 1987) (quoting Zaddack v. A.B. Dick Co., 773 F.2d 147, 150 (7th Cir. 1985)). 
However, no case should be dismissed for failure to prosecute without “explicit warning” of 
the potential sanction. Ball v. City of Chi., 2 F.3d 752, 755-56 (7th Cir. 1993). 
 Accordingly, before dismissing this action for failure to prosecute, I will provide Jones 
one last opportunity to file a brief in support of his claim. That brief is due by June 4, 2021. 
If a timely brief in support is filed, the Commissioner shall have until July 14, 2021, to file 
his brief, and Jones shall have until July 29, 2021, to file a reply brief. If Jones fails to file a 
brief in support by June 4, I will dismiss this action with prejudice and without further notice 
pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c). The parties are reminded that 
their briefs must conform with the requirements set forth in the clerk of court’s briefing letter, 
ECF No. 8. 
 SO ORDERED this 5th day of May, 2021. 

 Slum ©. Des 
 ilar Cols 
 United States Magistrate Judge